IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CURTIS PERRY | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| DONALD T. VAUGHN, et al. | : | NO. 02-839 |

## ORDER

NITZA I. QUIÑONES ALEJANDRO, J.

AND NOW, this 29th day of DEC., 201_, upon careful and independent consideration of petitioner's Motion for Relief Under Fed. R. Civ. Pr. 60(b)(6), and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Rule 60(b)(6) Motion is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.